STEPHANE COSMAN CONNERY et al., Respondents, v BURTON S. SULTAN, Appellant.

Submitted January 25, 2016; decided March 31, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1080 (2015)].

Chief Judge DiFiore and Judge Garcia taking no part.